**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 5:26-cv-04498-KES Date: October 8, 2026

Title: JOHN DOE v. FERETI SEMAIA, Warden, Adelanto ICE Processing Center, et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PETITIONER: None Present | ATTORNEYS PRESENT FOR RESPONDENTS: None Present |

---

**PROCEEDINGS (IN CHAMBERS):** **Order Requiring Parties to Lodge Proposed Orders Redacting Any Sealed Material**

The Court granted Petitioner's application to appear under a pseudonym and motions to seal various exhibits filed in this case. (Dkt. 10, 20, 26.) The Court has now issued an Order Granting the Petition and Ordering Petitioner's Release from Custody ("Merits Order"), which is currently filed under seal. The Merits Order contains Petitioner's real name and A#, because that information must be conveyed to immigration authorities to ensure his release from custody. The Merits Order also cites to and quotes from exhibits previously filed under seal.

IT IS HEREBY ORDERED that, **within 7 days of the date of this order**, the parties shall lodge a proposed version of the Merits Order that redacts any information they believe should not be in the public record. If the parties do not respond to this order, the Court will file the full Merits Order publicly, with only Petitioner's name and A# redacted (consistent with the Court's order allowing him to proceed under a pseudonym).

Initials of Deputy Clerk jd